**Order entered October 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01082-CV

## IN THE INTEREST OF X.A.S., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86621**

## ORDER

Before the Court is the October 29, 2019 motion to extend the time to file her brief on the merits. We **GRANT** the motion and extend the time to **November 4, 2019**. We caution appellant that further requests for extension in this accelerated appeal involving the termination of appellant's parental rights will be strongly disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE